| AO 10* Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Waldor, Cathy L. | 2. Court or Organization US District Court, New Jersey | 3. Date of Report 08/30/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

US District Court
50 Walnut Street
MLK Building
Newark, NJ 07102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 08/30/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Rex Vinegar Company - self employed business executive |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 08/30/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  (H) Brokerage Account #1 (44) | | | | | | | | | |
| 2.  Clearbridge Tactical Dividend Income Fund Cl C | C | Dividend | L | T | Buy (add'l) | 12/13/16 | J | | |
| 3.  Gugenheim Small Cap Value Fund Cl C | | None | K | T | | | | | |
| 4.  Mainstay Epoch Global Equity Yield Cl C | B | Dividend | L | T | | | | | |
| 5.  Principal Investors Preferred Securities Fund Cl C | B | Dividend | K | T | | | | | |
| 6.  Franklin Templeton Income Fund Cl C | C | Dividend | L | T | | | | | |
| 7.  Thornburg Income Builder Cl C | C | Dividend | L | T | | | | | |
| 8.  Vaneck Vectors High Yield Muni ETF (X) | B | Dividend | K | T | Buy (add'l) | 08/23/16 | K | | |
| 9.  AIG Sun America Polaris Choice IV - Annuity | | None | M | T | | | | | |
| 10.  MetLife Investors USA Ins. Co. Series L - Annuity | | None | M | T | | | | | |
| 11.  American Funds Income Fund of America C | B | Dividend | M | T | Buy (add'l) | 12/20/16 | L | | |
| 12.  Eaton Vance R Bernstein All Asset Strategy Fund C | | None | L | T | | | | | |
| 13.  Janus Balanced Fund C | C | Dividend | L | T | Sold (part) | 12/20/16 | L | | |
| 14.  JP Morgan Income Builder Class C (X) | A | Dividend | K | T | | | | | |
| 15.  Mainstay High Yield Muni Bond Fund Cl C | C | Dividend | M | T | | | | | |
| 16.  Principal Small Cap Dividend Income Fund C | B | Dividend | L | T | | | | | |
| 17.  SunAmerica Focused Dividend Strategy Fund C | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Unts FT US EQ C/E Port Ser 12 | A | Dividend | | | Redeemed | 05/19/16 | K | | |
| 19. American Funds Capital Income Builder C | B | Dividend | | | Sold | 12/20/16 | L | | |
| 20. Cohen & Steers Preferred Sec & Inc Fund Cl C | C | Dividend | L | T | | | | | |
| 21. Mainstay Funds Tax Free Bond Cl A | D | Dividend | N | T | | | | | |
| 22. Nuveen Core Dividend Fund Cl C | A | Dividend | L | T | | | | | |
| 23. Nuveen Large Cap Core Fund Cl C | A | Dividend | M | T | Buy (add'l) | 06/24/16 | K | | |
| 24. Principal Global Diversified Income Fund Cl C | B | Dividend | L | T | | | | | |
| 25. Putnam Investors Fund Class C | A | Dividend | M | T | | | | | |
| 26. Thromburg Global Opportunities Class C | | None | | | Sold | 08/23/16 | M | | |
| 27. (H) Transamerica Life Insurance Co B-Share - Variable Annuity (X) | | | | | | | | | |
| 28. - Fidelity - VIP Contrafund Portfolio | | None | K | T | | | | | |
| 29. - TA Janus Balanced | | None | K | T | | | | | |
| 30. - TA Managed Risk - Growth ETF | | None | K | T | | | | | |
| 31. - American Funds Growth Fund | | None | K | T | | | | | |
| 32. - American Funds Growth - Income Fund | | None | K | T | | | | | |
| 33. Voya Floating Rate Fund Class C | B | Dividend | L | T | Buy (add'l) | 12/12/16 | K | | |
| 34. Voya Intermediate Bond Fund Cl C | A | Dividend | | | Sold | 12/12/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dreyfus Active Mid Cap Fund Cl C | | None | K | T | Buy | 08/23/16 | K | | |
| 36. Janus Enterprise Fund Cl C | | None | L | T | Buy | 12/20/16 | L | | |
| 37. Nuveen High Income November 2021 | A | Dividend | K | T | Buy | 08/23/16 | K | | |
| 38. Units FT US EQ C/E Ser 19 | B | Dividend | K | T | Buy | 05/17/16 | K | | |
| 39. | | | | | | | | | |
| 40. (H) Brokerage Account #2 (45) | | | | | | | | | |
| 41. SPDR Nuveen Bloomberg Barclays Short Term Bond ETF (X) | A | Dividend | K | T | | | | | |
| 42. iShares Trust Russell 2000 Index ETF | A | Dividend | K | T | Sold (part) | 06/21/16 | K | D | |
| 43. iShares Trust Core S&P Mid Cap ETF | B | Dividend | L | T | | | | | |
| 44. iShares TIPS Bond ETF | A | Dividend | K | T | Buy (add'l) | 12/13/16 | J | | |
| 45. Vanguard Index Funds Vanguard Growth ETF | B | Dividend | L | T | | | | | |
| 46. Vanguard Total Stock Market ETF | B | Dividend | M | T | Sold (part) | 02/01/16 | K | A | |
| 47. | | | | | Sold (part) | 04/05/16 | K | D | |
| 48. Vanguard Index Fund S&P 500 ETF | B | Dividend | M | T | Sold (part) | 04/05/16 | K | D | |
| 49. Vanguard Divid Appreciation ETF | B | Dividend | M | T | | | | | |
| 50. Vanguard Mega Cap ETF | B | Dividend | L | T | | | | | |
| 51. Vaneck Vectors AMT-Free Short Municipal Index ETF (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vaneck Vectors High Yield Municipal Index ETF (X) | C | Dividend | K | T | Buy (add'l) | 01/29/16 | K | | |
| 53. | | | | | Sold (part) | 12/05/16 | J | | |
| 54. First Trust Dorsey Wright FO ETF | A | Dividend | K | T | Sold (part) | 01/29/16 | K | | |
| 55. Principal Small Mid Cap Div P | B | Dividend | K | T | | | | | |
| 56. Financial Sector SPDR Trust ETF | | None | | | Sold | 01/29/16 | J | | |
| 57. First Trust Preferred Security & Inc ETF | B | Dividend | K | T | | | | | |
| 58. Vaneck Vectors AMT-Free Inter ETF (X) | B | Dividend | | | Buy (add'l) | 01/29/16 | K | | |
| 59. | | | | | Sold | 12/05/16 | L | | |
| 60. Voya Floating Rate Fund CL I | B | Dividend | K | T | Buy (add'l) | 12/13/16 | K | | |
| 61. Wisdomtree Trust Small Cap Dividend Fund ETF | B | Dividend | L | T | | | | | |
| 62. Alerian MLP ETF | | None | K | T | Buy | 12/08/16 | K | | |
| 63. Blackrock Taxable Municipal Bond Trust | A | Dividend | J | T | Buy | 09/23/16 | K | | |
| 64. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 65. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 66. | | | | | Sold (part) | 12/12/16 | K | | |
| 67. First Trust Morningstar Div Leader Index Fund | A | Dividend | K | T | Buy | 11/03/16 | K | | |
| 68. First Trust Value Line Divid Index Fund | A | Dividend | K | T | Buy | 02/01/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Waldor, Cathy L. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Goldman Sachs Active Beta US Large Cap Equity ETF | A | Dividend | L | T | Buy | 04/05/16 | L | | |
| 70. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 71. Goldman Sachs Active Beta Emerging Markets Equity ETF | A | Dividend | J | T | Buy | 09/22/16 | J | | |
| 72. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 73. | | | | | Sold (part) | 12/23/16 | J | | |
| 74. iShares Core US Aggregate Bond ETF | A | Dividend | J | T | Buy | 06/21/16 | J | | |
| 75. iShares EDGE MSCI Min Vol USA ETF | A | Dividend | J | T | Buy | 06/21/16 | J | | |
| 76. SPDR Nuveen S&P High Yield Municipal Bond ETF | | None | L | T | Buy | 12/13/16 | K | | |
| 77. Vanguard Financials ETF | | None | J | T | Buy | 12/23/16 | J | | |
| 78. Vanguard Health Care ETF | A | Dividend | K | T | Buy | 11/03/16 | K | | |
| 79. | | | | | | | | | |
| 80. (H) Brokerage Account #5 (51) | | | | | | | | | |
| 81. Principal MidCap Fund Class A (X) | A | Dividend | K | T | | | | | |
| 82. Blackrock Basic Value Fund Cl A (X) | A | Dividend | K | T | | | | | |
| 83. Blackrock Global Allocation Fund Inc Cl A (X) | B | Dividend | L | T | | | | | |
| 84. Franklin Mutual Global Discover Fund Cl A (X) | D | Dividend | M | T | | | | | |
| 85. Franklin Templeton Income Cl A (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. American Funds American Balanced Fund Cl R4 (X) | B | Dividend | K | T | | | | | |
| 87. First Eagle Global Fund Cl C | C | Dividend | L | T | | | | | |
| 88. Ivy Asset Strategy fund Cl C | | None | | | Sold | 02/23/16 | J | | |
| 89. Thornburg Income Builder Cl C | B | Dividend | K | T | | | | | |
| 90. Goldman Sachs Income Builder Funds Cl IR (X) | B | Dividend | K | T | | | | | |
| 91. Putnam Capital Spectrum Fund C | | None | | | Sold | 07/25/16 | K | | |
| 92. Ivy Balanced Funds Cl C | A | Dividend | J | T | Buy | 02/23/16 | J | | |
| 93. iShares Edge MSCI Min Vol USA EFT | A | Dividend | K | T | Buy | 07/25/16 | K | | |
| 94. Putnam Equity Income Fund Cl C | A | Dividend | K | T | Buy | 07/25/16 | K | | |
| 95. | | | | | | | | | |
| 96. (H) Brokerage Account #6 (52) | | | | | | | | | |
| 97. Vanguard Total Bond Mkt ETF (X) | A | Dividend | K | T | Buy (add'l) | 02/04/16 | J | | |
| 98. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 99. | | | | | Sold (part) | 11/08/16 | J | | |
| 100. iShares Russell MidCap ETF | A | Dividend | J | T | | | | | |
| 101. SPDR S&P 500 ETF TR | A | Dividend | K | T | Buy (add'l) | 02/04/16 | J | | |
| 102. | | | | | Sold (part) | 04/01/16 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 04/25/16 | J | B | |
| 104. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 105.  Riverpark/Wedgewood Institutional Funds | A | Dividend | K | T | Sold (part) | 01/29/16 | J | A | |
| 106. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 107.  Oppenheimer Senior Floating Rate Fund Class Y | A | Dividend | J | T | | | | | |
| 108.  FMI Large Cap Fund Institutional Class (X) | B | Dividend | K | T | Buy (add'l) | 02/04/16 | J | | |
| 109. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 110.  Mainstay ICAP International Fund A | | None | | | Buy (add'l) | 02/04/16 | J | | |
| 111. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 112. | | | | | Sold | 10/13/16 | J | A | |
| 113.  John Hancock Disciplined Value Mid Cap Fund Cl A | A | Dividend | K | T | Buy (add'l) | 02/04/16 | J | | |
| 114. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 115.  Manning & Napier World Opportunities | | None | | | Sold | 01/21/16 | J | | |
| 116.  Virtus Multi-Sector Short Term Bond Fund CL I | A | Dividend | J | T | | | | | |
| 117.  Baird MidCap Fund Institutional Class | | None | J | T | Buy (add'l) | 09/15/16 | J | | |
| 118.  Chartwell Small Cap Value I Share | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 119.  Gabelli Small Cap Growth Fund Class I | A | Dividend | J | T | Buy (add'l) | 09/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. iShares 7-10 Year Treasury Bond ETF | A | Dividend | J | T | Buy (add'l) | 09/15/16 | J | | |
| 121. iShares MSCI Japan ETF | | None | | | Sold | 04/01/16 | J | | |
| 122. iShares MSCI Eurozone ETF | A | Dividend | | | Buy (add'l) | 01/12/16 | J | | |
| 123. | | | | | Sold (part) | 01/21/16 | J | | |
| 124. | | | | | Sold | 06/28/16 | J | | |
| 125. iShares MSCI EAFE ETF | A | Dividend | K | T | Buy (add'l) | 01/21/16 | J | | |
| 126. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 127. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 128. iShares MSCI ACWI EX US ETF | | None | | | Sold | 01/21/16 | J | | |
| 129. iShares IBOXX $ Invt Grade Corporate Bond ETF | A | Dividend | J | T | Buy (add'l) | 04/01/16 | J | | |
| 130. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 131. Pimco Income Fund Cl P | A | Dividend | J | T | | | | | |
| 132. Wisdomtree Trust Europe Hedged Equity Fd ETF | | None | | | Sold | 01/12/16 | J | | |
| 133. Ashmore Emerging Markets Total Ret Fund Cl I | A | Dividend | J | T | Buy | 10/19/16 | J | | |
| 134. iShares CORE MSCI EAFE ETF | A | Dividend | K | T | Buy | 10/13/16 | K | | |
| 135. iShares CORE MSCI Emerging Markets ETF | A | Dividend | J | T | Buy | 08/02/16 | J | | |
| 136. | | | | | Buy (add'l) | 10/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IShares MBS ETF | A | Dividend | J | T | Buy | 01/21/16 | J | | |
| 138. | | | | | Buy (add'l) | 01/29/16 | J | | |
| 139. SPDR Bloomberg Barclays Intl Treas Bond ETF | | None | J | T | Buy | 11/08/16 | J | | |
| 140. Vanguard Total Stock Market ETF | A | Dividend | J | T | Buy | 06/28/16 | J | | |
| 141. | | | | | | | | | |
| 142. (H) IRA #1 (42) | | | | | | | | | |
| 143. First Eagle Global Fund Class C | C | Dividend | L | T | | | | | |
| 144. Blackrock Equity Dividend Fund C | C | Dividend | L | T | | | | | |
| 145. Blackrock Global Allocation Fund C | A | Dividend | K | T | | | | | |
| 146. Franklin Templeton Mutual Global Discovery Fund Cl C | A | Dividend | J | T | | | | | |
| 147. Franklin Templeton Income C | B | Dividend | K | T | | | | | |
| 148. American Funds American Balanced Fund Cl C | B | Dividend | L | T | | | | | |
| 149. | | | | | | | | | |
| 150. (H) IRA #2 (43) | | | | | | | | | |
| 151. American Funds American Balanced Fund Cl C | A | Dividend | J | T | | | | | |
| 152. Blackrock Global Allocation Fund Cl C | A | Dividend | K | T | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. (H) IRA #3 (13) | | | | | | | | | |
| 155. Ivy Asset Strategy Fd Cl C | | None | | | Sold | 02/23/16 | L | | |
| 156. JP Morgan Income Builder Cl C (X) | B | Dividend | L | T | Distributed (part) | 12/14/16 | J | | |
| 157. Janus Balanced Fund C | B | Dividend | L | T | Buy | 02/23/16 | L | | |
| 158. | | | | | | | | | |
| 159. (H) AXA Equitable Flexible Premium Variable Life Insurance #1 | | | | | | | | | |
| 160. - AXA Moderate Allocation Fund | | None | L | T | | | | | |
| 161. (H) AXA Equitable Flexible Premium Variable Life Insurance #2 | | | | | | | | | |
| 162. - AXA Moderate Allocation Fund | | None | M | T | | | | | |
| 163. (H) AXA Equitable Flexible Premium Variable Life Insurance #3 (X) | | | | | | | | | |
| 164. - AXA Moderate Allocation Fund | | None | J | T | | | | | |
| 165. (H) AXA Equitable Flexible Premium Variable Life Insurance #4 (X) | | | | | | | | | |
| 166. - AXA Moderate Allocation Fund | | None | J | T | | | | | |
| 167. | | | | | | | | | |
| 168. Nationwide Life Insurance #1 (X) | | None | K | T | | | | | |
| 169. Nationwide Life Insurance #2 (X) | | None | K | T | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. (H) Cash Accounts #1 | | | | | | | | | |
| 172. Santander Cash Accounts | A | Int./Div. | M | T | | | | | |
| 173. Wells Fargo Cash Accounts | A | Int./Div. | K | T | | | | | |
| 174. UBS Cash Accounts | A | Int./Div. | K | T | | | | | |
| 175. TD Bank Cash Account | A | Int./Div. | J | T | | | | | |
| 176. | | | | | | | | | |
| 177. Real Estate - Rental Property - Verona, Essex County, NJ | E | Rent | N | W | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 08/30/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 8 - The name of this asset changed from Market Vectors High Yield Muni ETF to Vaneck Vectors High Yield Muni ETF .

Lines 14 and 151 - A partial transfer was made from IRA #3, Line 151 to Brokerage Account #1, Line 15. This was a required minium annual distribution.

Line 27 - This variable annuity does not show or report any dividends, income, short-term or long-term capital gains on its statements. The value of each investment in the annuity will increase or decrease in any year based upon the performance of each investment. The total value of this annuity increased by $8,348.81 during the reporting period. No distributions of any sort were made from the annuity.

Line 41 - The name of this asset changed from SPDR Nuveen Barclays Short Term Bond ETF to SPDR Nuveen Bloomberg Barclays Short Term Bond ETF.

Line 51 - The name of this asset changed from Market Vectors Short Municipal Index ETF to Vaneck Vectors AMT-Free Short Municipal Index ETF.

Line 52 - The name of this asset changed from Market Vectors High Yield Muni ETF to Vaneck Vectors High Yield Municipal Index ETF.

Line 58 - The name of this asset changed from Market Vectors Trust Inter Municipal Index ETF to Vaneck Vectors AMT-Free Inter ETF.

Line 81 - Principal MidCap Fund Class C, reported for 2015, was exchanged into Principal MidCap Fund Class A on 10/24/16.

Line 82 - Blackrock Basic Value Fund C, reported for 2015, was exchanged into Blackrock Basic Fund Cl A on 10/24/16.

Line 83 - Blackrock Global Allocation Fund Inc C, reported for 2015, was exchanged into Blackrock Global Allocation Fund Inc. Cl A on 10/24/16.

Line 84 - Franklin Templeton Mutual Global Discover Fund Cl C, reported for 2015, was exchanged into Franklin Mutual Global Fund Cl A on 10/24/16.

Line 85 - Franklin Templeton Income C, reported for 2015, was exchanged into Franklin Templeton Income Cl A on 10/24/16.

Line 86 - American Funds American Balanced Fund Cl C, reported for 2015, was exchanged into American Funds American Balanced Fund Cl R4 on 10/24/16.

Line 90 - Goldman Sachs Income Builder Funds C, reported for 2015, was exchanged into Goldman Sach Income Builder Funds Cl IR on 10/24/16.

Line 97 - This asset was reported as Vanguard Bond Index Fund Inc. Total Bond Fund Mkt ETF in 2015. It is the same asset.

Line 108 - FMI Large Cap Fund, reported in 2015, was exchanged into FMI Large Cap Fund Institutional Class on 12/13/16.

Line 163 - This asset was inadvertantly omitted from the 2015 disclosure.

Line 165 - This asset was inadvertantly omitted from the 2015 disclosure.

Line 168 - This asset was inadvertantly omitted from the 2015 disclosure. It is a fixed whole life insurance policy with no option to select specific funds or asset investments. All assets are held entirely within the Nationwide Life Insurance Company.

Line 169 - This asset was inadvertantly omitted from the 2015 disclosure. It is a fixed whole life insurance policy with no option to select specific funds or asset investments. All assets are held entirely within the Nationwide Life Insurance Company.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy L. Waldor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544